UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON S. THORNE,<br><br>      Defendant. | Case No. 12-cr-40080-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Jason S. Thorne's motion for leave to appeal (Doc. 43). In a November 3, 2014, order (Doc. 45), the Court noted that it was tempted to construe the motion as under 28 U.S.C. § 2255 but that, because Thorne would be subject to § 2255's second or successive petition restrictions, the Court would only do so if Thorne clearly indicated he intended to invoke that statute. *See Castro v. United States*, 540 U.S. 375, 377 (2003). The Court then gave Thorne an opportunity to withdraw the motion if he did not intend it to be construed under § 2255. He has responded that he does not want to withdraw his motion and would like it construed as a § 2255 motion (Doc. 46). Accordingly, the Court

- **DIRECTS** the Clerk of Court to open a new § 2255 case and file (1) Thorne's motion for leave to appeal (Doc. 43) as a § 2255 motion and (2) this order;

- **DIRECTS** the Clerk of Court to send Thorne a form for filing a § 2255 motion;

- **ORDERS** that Thorne shall have up to and including December 19, 2014, to amend his motion using the form to add more details to the claims he cites in his motion for leave to appeal; and

- **TERMINATES** the motion for leave to appeal (Doc. 43) as it is filed in this case.

**IT IS SO ORDERED.**
**DATED:  November 20, 2014**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**